[No. 609.   September 1, 1896.]

J. E. SAINT, RECEIVER, PLAINTIFF IN ERROR, v. S. M. FOLSOM, DEFENDANT IN ERROR.

Affirmed on essentially same state of facts and for same reasons stated in Schofield v. Folsom, 7 N. M. 601.

ERROR, to the Second Judicial District Court, Bernalillo County.   Affirmed.

W. S. CHILDERS for plaintiff in error.

F. W. CLANCY for defendant in error.

The facts in this case and the questions of law arising thereon are essentially the same as in the case of J. W. Schofield, receiver, v. S. M. Folsom, reported in 7 N. M. 601, and is controlled by it.

We being satisfied with the conclusion arrived at in that case, affirm this.

There being no error this case is affirmed, and it will accordingly be so ordered.

SMITH, C. J., LAUGHLIN, J., HAMILTON and BANTZ, JJ., concur.